IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEA MCDANIEL**  PLAINTIFF

v.  Case No. 4:19-cv-00886

**ALEX AZAR, Secretary of Department**  DEFENDANT
**of Health and Human Services, in his**
**official capacity**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Alex Azar in his official capacity as Secretary of the Department of Health and Human Services on plaintiff Lea McDaniel's claims. Ms. McDaniel's claims are dismissed with prejudice; the relief requested is denied.

So adjudged this 22nd day of March, 2021.

_____
Kristine G. Baker
United States District Judge